MARY KOPTAK v. GEORGE J. FAOUR and Another, Impleaded with Others.—— Motion for leave to appeal or for reargument denied, with ten dollars costs. Motion for a stay pending the granting or final refusal by the Court of Appeals of leave to appeal granted, upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PHILSON HOLDING CORPORATION v. BAYCHESTER MANOR, INC.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

J. WOODWARD CLARIS v. J. ERNEST RICHARDS and Others. JACOB H. LEVANTINE.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JAMES D. BARTON v. EARL CARROLL and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

MAX PSATY v. FIFTH AVENUE AND NINETY-THIRD STREET CORPORATION and Another.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROGERS SILVERWARE REDEMPTION BUREAU, INC., v. ROGERS SILVER PREMIUM BUREAU, INC., and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BEATRICE P. TRENKMAN v. CLAIR SMITH, Impleaded with Others.— Motion denied, with ten dollars costs, with leave to renew at Special Term. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES BURNHAM SQUIER v. AUGUSTUS S. HOUGHTON and Others.— Motion granted, and the time of the appellant within which to file the record on appeals extended to and including June 2, 1930, with notice of argument for June 13, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance, for Liquidation of JEWELERS' SAFETY FUND SOCIETY. SEGMAN & ABRAHAMS, Claimants.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

G. CLARENCE PHILLIPS v. THOMPSON STARRETT COMPANY.— Motion denied, with, ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy Martin and O'Malley, JJ.

GEORGE NEMETH, as Administrator, etc., v. PENNSYLVANIA RAILROAD COMPANY.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LIBERTY PLACE HOLDING CORPORATION v. ADOLPH SCHWOB, INC., 45 MAIDEN LANE, INC., and Another.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALFRED JULIAN OXENHAM v. PAULINE KALLMAN OXENHAM.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

F. HECHT & Co., INC., v. JAN TELENGA.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

F. HECHT & Co., INC., v. JAN TELENGA.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Supplementary Proceedings: TRI-STATE INVESTORS CORPORATION v. FREDERICK MCHENRY KITCHING and Another.— Motion denied, with